

Jonathan L. Sulds
Tel 212.801.6882
Fax 212.309.9582
suldsj@gtlaw.com

January 15, 2016

**VIA E-MAIL and**
<u>UPS NEXT DAY AIR</u>

Jian Hang, Esq.
136-18 39th Avenue
Suite 1003
Flushing, New York 11354

      Re:   *Mark Louie v. Bed Bath and Beyond, Inc. et al.*, No. 1:15-cv-04438

Dear Mr. Hang:

    In regard to the above-mentioned matter and on behalf of Defendants Bed Bath and Beyond Inc. and Steven H. Temares, (collectively "Defendants"), enclosed please find the following:

1. Defendants' Notice of Motion to Dismiss the Complaint;

2. Defendants' Memorandum in Support of Their Motion to Dismiss the Complaint; and

3. Affidavit of Judith Cohen.

    In accordance with Judge Wexler's Order dated December 9, 2015, please serve your Opposition no later than February 12, 2016.

    Thank you.

                                  Very truly yours,

                                  <u>/s/ Jonathan L. Sulds</u>
                                  Jonathan L. Sulds

Enclosures
cc:  The Honorable Leonard D. Wexler (via efiling and overnight delivery) (w/o encls.)
     The Honorable Judge Anne Y. Shields (via overnight delivery) (w/o encls.)