UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
MARK LOUIE                                                     :
                                                               :
            – against –                                       :   2:15-cv-04438-LDW-AYS
                                                               :
BED BATH AND BEYOND, INC., et al.                             :
                                                               :
-------------------------------------------------------------- x

## REPORT REGARDING SETTLEMENT

Pursuant to the Court's March 30, 2016 Order, on June 7, 2016, counsel for the parties met for an in-person settlement conference in New York, New York. The parties were available by phone and were consulted by their respective counsel during the conference.

The parties were unable to resolve the case at their conference on June 7. However, both parties believe that further settlement discussions may be fruitful, and jointly request a settlement conference before this Court. The parties and their respective counsel are available on the following dates:

- August 2, 2016

- October 6, 2016

- October 10, 2016

Date:   June 20, 2016

        New York, New York

Respectfully submitted,


/s/ Jonathan L. Sulds _____
Jonathan L. Sulds
**GREENBERG TRAURIG, LLP**
MetLife Building
200 Park Avenue, 34th Floor
New York, New York 10166
suldsj@gtlaw.com
Telephone (212) 801-9200
Facsimile (212) 801-6400

And

Justin F. Keith
**GREENBERG TRAURIG, LLP**
One International Place
Boston, MA 02110
keithj@gtlaw.com
Telelphone: 617-310-6000
Facsimile: 617-310-6001


*Attorneys for the Defendants Bed Bath
and Beyond Inc. and Steven H.
Temares*


/s/ Jian Hang, _____
Jian Hang, Esq.
Keli Liu, Esq.
Hang & Associates , PLLC
136-18 39th Ave., Suite 1003
Flushing, NY 11354
jhang@hanglaw.com
kliu@hanglaw.com
Tel: 718.353.8588


*Attorneys for the Plaintiff Mark Louie*

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                    :

MARK LOUIE                    :

                    :

       – against –       :    2:15-cv-04438-LDW-AYS

                    :

BED BATH AND BEYOND, INC., et al.    :

                    :

---------------------------------------------------------------- x

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on June 20, 2016 a true copy of the above document was served upon the attorney of record for each other party by ECF filing.

Dated:  June 20, 2016

       New York, New York

                    Respectfully submitted,

                    /s/ Jonathan L. Sulds
                    Jonathan L. Sulds (suldsj@gtlaw.com)
                    GREENBERG TRAURIG, LLP
                    MetLife Building
                    200 Park Avenue, 34th Floor
                    New York, New York 10166
                    Telephone (212) 801-9200
                    Facsimile (212) 801-6400
                    *Attorneys for Defendants*
                    *Bed Bath & Beyond Inc. and Steven H. Temares*