| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

BEFORE: ANNE Y. SHIELDS
        U.S. MAGISTRATE JUDGE

DATE: 8/2/2016
TIME: 2:00 PM
FTR: 2:20-2:25
     4:09-4:16

CASE: **CV 15-4438 (LDW) (AYS)** Louie v. Bed Bath and Beyond, Inc, et al

TYPE OF CONFERENCE: SETTLEMENT

APPEARANCES:    Plaintiff    <u>Jian Hang</u>

                   Defendant   <u>Justin Keith</u>
                                    <u>John Sulds</u>

**THE FOLLOWING RULINGS WERE MADE:**

☐    Scheduling Order entered.

☐    Settlement conference scheduled for __ in courtroom 830 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.

☐    Proposed settlement pending: By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5715 whether it accepts or rejects the proposed settlement. These letters will be kept confidential.

☐    The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

X    Other: Case settled as set forth on the record.

                                                   SO ORDERED

                                                 /s/ Anne Y. Shields
                                                 ANNE Y. SHIELDS
                                                 United States Magistrate Judge